```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF INDIANA
                          HAMMOND DIVISION


WOLF LAKE TERMINALS, INC. and  )
TANCO TERMINALS, INC.,         )
                               )
          Plaintiffs,          )
                               )
     v.                        )    Case No.  2:04 cv 89
                               )
                               )
MUTUAL MARINE INSURANCE        )
COMPANY and NEW YORK MARINE    )
MANAGERS n/k/a SOMERSET MARINE,)
INC.,                          )
                               )
          Defendants           )
```

OPINION

This matter is before the court on the Motion for Summary Judgment filed by the plaintiffs, Wolf Lake Terminals and Tanco Terminals, on September 2, 2004. On March 24, 2005, this court gave the plaintiffs leave to file a supplemented motion for summary judgment, which the plaintiffs filed on April 15, 2005. Therefore, the former motion for summary judgment filed by the plaintiffs on September 2, 2004 is **DENIED AS MOOT**.

ENTERED this 18th day of May, 2005

                              s/ ANDREW P. RODOVICH
                                 United States Magistrate Judge

1